UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RUSSELL MELTON,<br><br>Plaintiff,<br><br>v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>Defendants. | No. 2:23–cv–1457–KJM–KJN PS<br><br>ORDER |

This action has been assigned to Chief Magistrate Judge Kendall J. Newman. Because at least one party proceeds without the assistance of counsel, the Local Rules dictate the Magistrate Judge will (1) resolve all non-dispositive matters, and (2) conduct all hearings and issue findings and recommendations on any dispositive matters. See Local Rule 302(c)(21).

On August 25, 2023, plaintiff paid the filing fee and filed his first amended complaint (ECF No. 8.) On November 28, plaintiff filed a set of documents labeled as "summons returned executed" on the court docket as defendant Stockton Police Department and US Marshals. (ECF No. 9.) However, this filing consists of 6 pages that indicate plaintiff merely mailed two envelopes to these entities himself, and it is not clear from this filing what these envelopes contain. Further, on December 20, defendant Stockton PD filed objections to plaintiff's purported service, noting the envelope did not contain a copy of the complaint. Defendant's objection is well taken.

Plaintiff is informed that, under Rule 4 of the Federal Rules of Civil Procedure, simply mailing a cover sheet, summons, and associated court documents does not constitute service of process on a defendant.  First, plaintiff is not allowed to serve defendants himself, as the rule requires the person effectuating service to be someone other than a party to the action.  Fed. R. Civ. P. 4(c)(2).  Second, the rules require the summons be served with a copy of the first amended complaint.  Rule 4(c)(1).  Third, this service cannot be by mail but must be personally served depending on the nature of the defendant.  Rule 4(e), 4(i), 4(j).  These requirements, among others in Rule 4, are important for the court to determine that due process has been provided all parties.  Thus, defendant's objection is sustained and its precautionary response is stricken.  This holds for plaintiff's mailing of documents to defendant U.S. Marshal, as this purported service (ECF No. 9) is also ineffective.

As plaintiff proceeds without counsel in this action, the time for service is extended.  Fed. R. Civ. P. 4(m).  Plaintiff shall have 90 days from the date of this order to effectuate proper service on all defendants named in the first amended complaint.  Thereafter, any defendant may respond within the standard time limits allowed by the Federal Rules.  Plaintiff is warned that further failure to follow the rules regarding service may result in dismissal of the claims against that defendant under Rule 4(m) or Rule 41(b) of the Federal Rules of Civil Procedure.

Dated:  December 26, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, melt.1457